# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV6216
JUDGE HIBBLER
MAG. JUDGE ASHMAN

In the Matter of

DAVIDA GREEN WILLIAMS v. ERIC LACOCO, APRIL PADALIK, and OFFICER KIRK, and VILLAGE OF WESTCHESTER, an Illinois municipality

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Westchester, Eric Lacoco, April Padalik and Randall Kirk, incorrectly sued as Officer Kirk

FILED
JN NOV 2 2007
NOV X 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Joshua S. Abern | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Joshua S. Abern | |
| FIRM | |
| O'Halloran Kosoff Geitner & Cook, LLC. | |
| STREET ADDRESS | |
| 650 Dundee Road - Suite 475 | |
| CITY/STATE/ZIP | |
| Northbrook, Illinois 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6285598 | 847/291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |