IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVIDA GREEN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07 CV 6216 |
| v. ) | |
| ) | Judge Hibbler |
| ERIC LACOCO, APRIL PADALIK, and ) | |
| OFFICER KIRK, and VILLAGE OF ) | Magistrate Judge Ashman |
| WESTCHESTER, an Illinois municipality, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Daniel Walker, Jr**.**
      Cesario & Walker
      211 West Chicago Avenue, Suite 118
      Hinsdale, IL 60521

YOU ARE HEREBY NOTIFIED that on the **14th day of November, 2007, at 9:30 a.m**., we shall appear before the Honorable Judge William J. Hibbler in the courtroom 1225 usually occupied by him at the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois and shall present the Agreed Motion For Extension of Time to Answer or Otherwise Plead at which time and place you may appear if you wish to do so.

      Respectfully submitted,

      VILLAGE OF WESTCHESTER. ERIC LACOCO,
      APRIL PADALIK, RANDALL KIRK

By:   s/Joshua S. Abern
      Joshua S. Abern, #6285598
      O'Halloran Kosoff Geitner & Cook, LLC
      650 Dundee Road, Suite 475
      Northbrook, Illinois 60062
      Telephone: (847) 291-0200
      Facsimile: (847) 291-9230
      E-mail: jabern@okgc.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVIDA GREEN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07 CV 6216 |
| v. ) | |
| ) | Judge Hibbler |
| ERIC LACOCO, APRIL PADALIK, and ) | |
| OFFICER KIRK, and VILLAGE OF ) | Magistrate Judge Ashman |
| WESTCHESTER, an Illinois municipality, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I electronically filed this Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel Walker, Jr.
dan.walkerjr@sbcglobal.net

                                      VILLAGE OF WESTCHESTER. ERIC LACOCO,
                                      APRIL PADALIK, RANDALL KIRK

             By:    s/Joshua S. Abern
                         Joshua S. Abern, #6285598
                         O'Halloran Kosoff Geitner & Cook, LLC
                         650 Dundee Road, Suite 475
                         Northbrook, Illinois 60062
                         Telephone: (847) 291-0200
                         Facsimile: (847) 291-9230