**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Davida Green Williams v. Eric Lacoco, April Padalik, and Officer Kirk, and Village of Westchester, an Illinois municipality | 07 CV 6216 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Davida Green Williams

| | |
|---|---|
| NAME (Type or print) | Dan Walker Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Dan Walker Jr. |
| FIRM | Cesario & Walker |
| STREET ADDRESS | 211 W. Chicago Avenue, Suite 118 |
| CITY/STATE/ZIP | Hinsdale, IL 60521 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 2921839 |
| TELEPHONE NUMBER | 630-920-8800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X   NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES     NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  X   NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL      APPOINTED COUNSEL |