UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Davida Green Williams
                              Plaintiff,

v.                                                  Case No.: 1:07–cv–06216
                                                       Honorable William J. Hibbler

Eric Lacoco, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, November 14, 2007:

      MINUTE entry before Judge William J. Hibbler: Defendants' agreed motion for extension of time until 11/27/07 to answer or otherwise plead is granted. Status hearing set for 12/19/07 at 9:30 a.m. Parties to submit a joint proposed discovery plan to the Court by 12/14/07. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.