**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVIDA GREEN WILLIAMS, | ) | |
| Plaintiff, | ) | Case No. 07 CV 6216 |
| v. | ) | |
| | ) | Judge William J. Hibbler |
| ERIC LACOCO, APRIL PADALIK, | ) | |
| OFFICER KIRK, and VILLAGE OF | ) | Magistrate Judge Martin C. Ashman |
| WESTCHESTER, | ) | |
| Defendants. | ) | |

## NOTICE OF ELECTRONIC FILING

TO:   Mr. Dan Walker, Jr.
      Cesario & Walker
      211 W. Chicago Avenue
      Suite 118
      Hinsdale, IL  60521

YOU ARE HEREBY NOTIFIED that on the 27th day of November, 2007, there was caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, via CM/ECF, ***Defendants, Village of Westchester, Eric Lacoco, April Padalik and Randall Kirk's Answer to Plaintiff's Complaint***.

> Defendants, VILLAGE OF WESTCHESTER,
> ERIC LACOCO, APRIL PADALIK and OFFICER KIRK
>
> By: _____
> One of their attorneys

Elisha S. Rosenblum, #6225957
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois  60062
Telephone: (847) 291-0200

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that in accordance with Fed.R.Civ.P. 5(a), I electronically filed the above-referenced document(s) with the Clerk of Court via CM/ECF on November 27 2007. In accordance with and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing issued through the Court's Electronic Case Filing System constitutes service under Fed. R. Civ. P. 5(b)(2)(D) as to all Filing Users in a case assigned to the Court's Electronic Case Filing System.

                                                 By:    s/Elisha S. Rosenblum