IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT—EASTERN DIVISION OF ILLINOIS

| | |
|---|---|
| DAVIDA GREEN WILLIAMS | ) <br> ) <br> ) CASE NO.: 07 CV 6216 <br> ) |
| Plaintiff(s), | ) <br> ) |
| vs. | ) JUDGE:HIBBLER <br> ) <br> ) |
| ERIC LACOCO, et al. | ) |
| Defendant(s). | ) |

## JOINT REPORT OF PARTIES AND PROPOSED DISCOVERY SCHEDULE

Pursuant to Federal Rule of Civil Procedure 26(f) and THE LOCAL RULES, an initial conference of the parties was held on December 12, 2007 with attorneys Daniel Walker Jr. for the Plaintiff and Joshua S. Abern for the Defendants participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1.  Written discovery, including Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34, shall be served on opposing parties by January 10, 2008 and answered on or before February 15, 2008.

2.  Plaintiff's and Defendants' deposition shall be taken by June 15, 2008.

3.  All other fact witnesses shall be deposed by August 15, 2008.

4.  Third Party actions must be commenced by March 1, 2007.

Cross-claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

5.  Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

>Plaintiff's expert(s):   September 15, 2008.
>
>Defendant's expert(s): November 15, 2008.
>
>Third Party expert(s): Not applicable at this time.

6.  Depositions of expert witnesses must be taken by:

>Plaintiff's expert(s): October 15, 2008.
>
>Defendant's expert(s): December 15, 2008
>
>Third Party expert(s): Not applicable at this time.

7.  **Discovery** shall be completed by December 31, 2008. Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

8.  All **dispositive motions** shall be filed by (to be determined) (which date shall be no later than one hundred (100) days before the first day of the month of the

presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

Dated: 12/12/07

_____  _____
Attorney(s) for Plaintiff                Attorney(s) for Defendant

Dan Walker Jr.
Cesario & Walker
211 W. Chicago Ave. #118
Hinsdale, IL. 60521
630.920.8800

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT – EASTERN DIVISION OF ILLINOIS

| | |
|---|---|
| DAVIDA GREEN WILLIAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | NO. 07 CV 6216 |
| ) | |
| ERIC LACOCO, et al. ) | JUDGE: HIBBLER |
| ) | |
| Defendant(s). ) | |

## NOTICE OF FILING

TO:  Mr. Joshua S. Abern
O'Halloran, Kosoff, Geitner & Cook LLC
650 Dundee Road, #475
Northbrook, IL 60062

NOTICE is hereby given that on the 13th day of December, 2007, the undersigned on behalf of <u>Plaintiff</u> filed a <u>Joint Report of Parties and Proposed Discovery Schedule</u> with the Clerk of the United States District Court for the Northern District, 219 S. Dearborn Street, 20th Floor, Chicago, Illinois 60604, copies of which are attached hereto.

RESPECTFULLY SUBMITTED,
CESARIO & WALKER

BY: _____
DAN WALKER, JR.

### CERTIFICATE OF SERVICE

The undersigned, the attorney/non attorney, hereby certifies that on the 13th day of December, 2007, a copy of this Notice with a copy of the foregoing described document was sent to each person to whom it is directed, as listed above, and deposited in a U.S. Mailbox at Hinsdale, Illinois, on this date with the proper postage prepaid.

_____

(x) Under penalties as provided by law pursuant to ILL.REV.STAT., Chapter 110-Section 109 I certify that the statements set forth herein are true and correct.

CESARIO & WALKER
DAN WALKER, JR., Cook #91242
211 W. Chicago Avenue, #118
Hinsdale, IL 60521
(630) 920-8800