**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Davida Green Williams
                              Plaintiff,

v.                                           Case No.: 1:07–cv–06216
                                                        Honorable William J. Hibbler

Eric Lacoco, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 7, 2008:

      MINUTE entry before Judge William J. Hibbler: Status hearing held on 1/7/2008. Defendants' counsel unable to appear. The Court adopts the joint report of parties. Written discovery to issue by 1/10/08 and answered by 2/15/08. Parties deposition to be completed by 6/15/08. All other fact witnesses shall be deposed by 8/15/08. Third party actions must be commenced by 2/29/08. Plaintiff shall comply with FRCP(26)(a)(2) by 9/15/08. Defendant shall comply with FRCP(26)(a)(2) by 11/14/08. Plaintiff expert(s) deposition to be completed by 10/15/08. Defendants' expert(s) deposition to be completed by 12/15/08. All discovery ordered closed by 12/31/2008. Status continued to 3/11/2008 at 09:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.