IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | |
|---|---|
| DAVIDA GREEN WILLIAMS, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>ERIC LACOCO, APRIL PADALIK, )<br>OFFICER KIRK, and VILLAGE OF )<br>WESTCHESTER, )<br>)<br>DEFENDANTS. ) | Case No. 07 CV 6216<br><br>JUDGE WILLIAM HIBLER |

To: Joshua S. Abern
Elisha S. Rosenblum
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, 4th Floor
Northbrook, IL 60062

### CERTIFICATE OF SERVICE

The undersigned, the attorney / non-attorney, hereby certifies that on the 14th day of February, 2008, a copy of the **Plaintiff's Answers to Defendants First Set of Interrogatories and Plaintiff's Response to Defendants Request for Production of Documents to Plaintiff** in the above cause was sent to the above listed counsel of record by depositing same in a U.S. Mailbox at Hinsdale, Illinois, on this date with the proper postage prepaid and this Certificate of Service has been filed with the United States District Court, Northern District of Illinois, Eastern Division.

_/s/ Dan Walker Jr._

(x) Under penalties as provided by law pursuant to ILL.REV.STAT. CHAP. 110-SEC 1-109 I certify that the statements set forth herein are true and correct.

DAN WALKER JR.
CESARIO & WALKER
Attorney for Davida Green Williams
211 W. Chicago Avenue, #118
Hinsdale, IL 60521
(630) 920-8800
(630) 920-8570 fax