## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6216 | **DATE** | 6/11/2008 |
| **CASE TITLE** | WILLIAMS vs. LACOCO, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendants unable to appear. Status hearing continued to 8/26/08 at 9:30 a.m. Plaintiff's oral motion to extend time to 7/15/08 to take the three individual defendants deposition is granted.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | JHC |
|---|---|---|