UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Davida Green Williams

                Plaintiff,

v.                                                                       Case No.: 1:07–cv–06216
                                                                 Honorable William J. Hibbler

Eric Lacoco, et al.

                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference..(jdh) Mailed notice.


Dated: August 6, 2008

                                                                                   /s/ William J. Hibbler

                                                                               United States District Judge